JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUPP, <br><br> Petitioner, <br><br> v. <br><br> RIVERSIDE COUNTY, et al., <br><br> Respondent. | Case No. ED CV 15-1879-VAP (SP) <br><br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: February 12, 2016__

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE